**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 23, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00909-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**MATT  TAHMASEBI, Appellee**

**On Appeal from County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-CCR-181181**

## MEMORANDUM  OPINION

The State of Texas has signed and filed a written request to withdraw its notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Wise, Jewell and Poissant

Do Not Publish – Tex. R. App. P. 47.2(b)